IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  : No. 4:21-bk-01056-MJC
POLYMER INSTRUMENTATION :
& CONSULTING SERVICES, : Chapter 11
LTD. :
    Debtor :

## MOTION FOR ORDER DIRECTING CREDITORS
## TO FILE CLAIMS

The Motion of Polymer Instrumentation & Consulting Services, Ltd. (the "Debtor") for an Order Directing Creditors to File Claims, is as follows:

1. On May 10, 2021, the above Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code"). As a result thereof, the Debtor has been appointed as a Debtor-in-Possession and manages its assets.

2. In order that the Debtor may determine the amount of claims which it must pay as part of a Plan of Reorganization, the Debtor is requesting the Court fix a last date by which claims must be filed.

3. Accordingly, this Motion seeks an Order pursuant to the Bankruptcy Rules establishing a date thirty (30) days after the entry of an Order by the Court approving this Motion within which claims must be filed, except as hereinafter set forth.

4. Pursuant to Bankruptcy Rule 3003, claims need not be filed by the following:

    a. Any person or entity that has already filed a Proof of Claim in this case with the Clerk of the Bankruptcy Court for the Middle District of Pennsylvania in a form substantially similar to Official Form No. 10;

b. Any person or entity whose claim is listed on the Debtor's Bankruptcy Schedules, provided that (i) the claim is not scheduled as "disputed", "contingent", or "unliquidated", and (ii) such claimant does not disagree with the amount of the claim as set forth on the Schedules;

c. Any holder of a claim that heretofore has been allowed by Order of the Court;

d. Any person or entity whose claim has been paid in full by the Debtor.

e. Any holder of a claim for which specific deadlines to file a Proof of Claim have previously been fixed by the Court; or

f. Any holder of a claim allowed, or owed by an appropriate Order, under Section 503(b) or 507(a)(2) of the Bankruptcy Code as an expense of administration.

5. All claims as filed must be on a form which substantially conforms with Official Bankruptcy Form No. 10. The Debtors will provide a copy of such form with a Notice upon all parties in interest or potential claim holders, which will be served subsequent to the Court entering an Order approving this Motion.

6. In the event that a claim is not filed or is otherwise allowed pursuant to Section 3003(c)(2), then absent further Order of the Court, such claim shall not be allowed and shall not be treated as a creditor for purposes of voting upon a Plan of Reorganization, receive any distribution of payment or property and shall be forever barred from asserting such claim against the Debtor, its estate or successors or assigns.

7. Pursuant to Bankruptcy Rule 2002, the Debtor proposes to mail a Bar Date Notice, together with a Proof of Claim form, to:

a. the Office of the United States Trustee;

b. all state and government authorities having jurisdiction over the Debtor;

   c. all persons known to the Debtor as the holder of a claim; and

   d. all persons and entities requesting notice pursuant to Bankruptcy Rule 2002 as of the entry of the Order approving this Motion.

 8. In addition, the Debtor reserves the right to advertise the Bar Date Notice in a publication.

 **WHEREFORE**, the Debtor respectfully requests this Honorable Court enter an Order fixing a bar date for the filing of claims.

       Respectfully submitted,

       CUNNINGHAM, CHERNICOFF
       & WARSHAWSKY, P.C.

       By: /s/ Robert E. Chernicoff
        Robert E. Chernicoff, Esquire
        2320 North Second Street
        P. O. Box 60457
        Harrisburg, PA 17106-0457
        (717) 238-6570
        Attorneys for Debtor

Date: February 18, 2022