UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Polymer Instrumentation & Consulting Services, Ltd., | : | Case No. 4:21-01056-MJC |
| | : | |
| Debtor. | : | |

## ORDER SETTING BAR DATE

Upon consideration of the Motion of Debtor to fix a bar date for the filing of claims and appearing that such Motion is necessary for the administration of the Debtor's estate, it is

**HEREBY ORDERED** as follows:

1. The Motion is granted and approved.

2. Pursuant to Fed. R. Bankr. P. 3003(c)(3), all persons and entities, including, without limitation all individuals, estates, trusts, and government units (collectively, "Creditors"), holding or wishing to assert a claim (secured or unsecured) as such term is defined in § 101(5) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., that arose against Polymer Instrumentation & Consulting Services, Ltd. ("Debtor") on or before May 10, 2021 ("Petition Date"), are required to file, on or before **April 11, 2022** ("Bar Date"), a completed and executed proof of claim form conforming substantially to Official Bankruptcy Form No. 410 available at http://www.uscourts.gov/sites/default/files/form_b_410_16.pdf.

3. The Notice of Bar Date ("Bar Date Notice") shall be served within five (5) business days of the date of entry of this Order upon:

1

a. the Office of the United States Trustee;

b. All state and government authorities having jurisdiction over the Debtor;

c. All persons known to the Debtor as the holder of a claim;

d. All persons and entities requesting notice pursuant to Bankruptcy Rule 2002 as of the date of this Order;

e. All persons and entities that have filed claims;

f. All parties to executory contracts and unexpired leases of the Debtor; and

g. All parties to litigation with the Debtor.

4. In the event that the Debtor amends or supplements the Bankruptcy Schedules filed in this case, the Debtor shall give notice to the holders of all such claims affected thereby, and such affected holders of claims shall be afforded thirty (30) days from the date of such notice to file proofs of claim in respect to their claims or be barred from doing so, and shall be given notice of such deadline.

5. All holders of claims that fail to comply with this Order or with the provisions of Fed. R. Bankr. P. 3003(c) as to the filing of or allowance of claims shall not be treated as a creditor with respect to such claim for purposes of voting on any Plan of Reorganization or receiving distributions from the Debtor's estate.

6. Nothing contained herein shall affect the right of the Debtor to seek a further Order fixing the bar date as to any other claims or holders of interest which are not affected by this Order, including but not limited to, administrative creditors.

7. All original proofs of claims, to be timely filed, must be actually received on or before the Bar Date at the following address:

> Office of the Clerk of Bankruptcy Court
> Middle District of Pennsylvania
> Max Rosenn U.S. Courthouse
> 197 South Main Street
> Wilkes-Barre, PA 18701

8. The Debtor must file a certificate of service within five (5) business days of the date hereof.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 1, 2022